IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:16-MJ-00010-CKD |
| Plaintiff, | ) ORDER TO CONTINUE COURT TRIAL |
| v. | ) DATE: March 22, 2016 |
| | ) TIME: 9:30 a.m. |
| CLARENCE C. LARRY, SR., | ) JUDGE: Hon. Carolyn K. Delaney |
| Defendant. | ) |

ORDER

It is hereby ordered that the court trial presently set for March 22, 2016 at 9:30 a.m. be continued to April 19, 2016 at 9:30 a.m.

Dated: March 8, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE