UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:16-MJ-00010-CKD |
| ) | |
| Plaintiff, ) | [~~Proposed~~] ORDER TO DISMISS THE |
| ) | INFORMATION AND VACATE THE COURT |
| v. ) | TRIAL |
| ) | |
| CLARENCE C. LARRY, SR., ) | |
| ) | |
| Defendant. ) | |

ORDER

It is hereby ordered that the Information in Case Number 2:16-MJ-00010-CKD, United States v. Clarence C. Larry, Sr., is dismissed without prejudice and the trial date of May 9, 2016 at 9:30 a.m. is vacated.

Dated: April 22, 2016

_____
**CAROLYN K. DELANEY**
**UNITED STATES MAGISTRATE JUDGE**

1